UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS HUTCHINS,<br><br>               Plaintiff,<br><br>    v.<br><br>WORLD JOB AND FOOD BANK, INC., et al.,<br><br>               Defendants. | Case No.: C 05-2638 PVT<br><br>**ORDER RE LETTER TO COURT FROM JOSEPH EDISON; AND**<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO FEBRUARY 28, 2006** |

       The court is in receipt of a letter dated December 13, 2005, from Joseph Edison, the CEO of Defendant World Job and Food Bank, Inc.[1]  Due to this court's unavailability during the last two weeks of December, the court was not able to respond regarding this letter earlier.  Based on the letter and the file herein,

       IT IS HEREBY ORDERED that the letter, a copy of which is attached hereto, will be disregarded by the court because a corporation may not make any appearance in court except through an attorney.[2]  The prior attorney for Defendant World Job and Food Bank, Inc. withdrew as

---

[1]     The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2]     *See*, CIVIL L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."); *see also, In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) ("A corporation can appear in a court proceeding only through an attorney at law.").

ORDER, *page 1*

counsel, and thus Defendant World Job and Food Bank, Inc. must hire replacement counsel in order to communicate with, or appear before, the court.[3] Defendant World Job and Food Bank, Inc. was notified of the need to obtain new counsel in this court's order of October 18, 2005, a copy of which was mailed to Defendant World Job and Food Bank by its former counsel on October 19, 2005.

IT IS FURTHER ORDERED that the Case Management Conference is hereby continued to 2:00 p.m. on February 28, 2006, in order to allow Defendant World Job and Food Bank, Inc. time to hire replacement counsel. The parties shall file a joint Case Management Conference statement no later than February 21, 2006. Defendant World Job and Food Bank, Inc. is cautioned that failure to hire replacement counsel to submit a Case Management Conference statement, and to appear on its behalf at the Case Management Conference, will likely result in an order to show cause why its answer should not be stricken and final judgment be entered against it.

IT IS FURTHER ORDERED that Plaintiff shall promptly serve a copy of this order on any Defendant who was served with the complaint, but who has not yet made any appearance in this court.

Dated: 1/4/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[3] Unless Mr. Edison is an attorney admitted to practice before this court, he may not communicate with the court on behalf of Defendant World Job and Food Bank, Inc., because that would constitute the unlawful practice of law by a non-attorney.

ORDER, *page 2*

1 | courtesy copy mailed on _____ to:

2 | Joseph Edison, CEO
World Job and Food Bank, Inc.
3 | 1000 8th Avenue SW, #403
Calgary, Alberta  T2P 3M7
4 | Canada

_____
CORINNE LEW
Courtroom Deputy

ORDER, *page 3*



# World Job and Food Bank

ORGANIZATION FOR INTERNATIONAL DEVELOPMENT STRATEGIES
#403, 1000- 8th Ave. S.W.  Calgary, Alberta T2P 3M7 Canada
Phone: (403) 264-0220 Fax: (403) 263-3566
http://www.wjfb.org       Email: info@wjfb.org

December 13, 2005

To:   Patricia V. Trumbull
      Judge
      280 South 1st street, Room 2112,
      San Jose, California, USA 95113

Re:   **Case No. 052638**

Dear Madam Judge Trumbull,

We, The World Job and Food Bank Inc. (WJFB Canada) of Canada, have been unduly implicated as defendants by the Plaintiffs in the above reference Case.

We are writing this letter to confirm that this Case against WJFB Canada is a fraudulent one for the following reasons. And as such, our counsel in California, has already filed with your court a motion to delete us as defendants.

1. We do not know who Mr. Lewis D. Hutchins is, or where he lives, he has never contacted us, he has never signed any documents with us, he has never given any money to us or transferred to our accounts.
2. But other defendants in the Case, may have had dealings with Mr. Lewis D. Hutchins and carried out financial transactions without our knowledge.
3. We have nothing to do with the plaintiff and other defendants in this matter.
4. These other defendants have misused our names, our foundation letterhead and logo, signatures and misrepresented us.
5. These other defendants have an organization in New York and they have used our name as the name of their organization (like World Job and Food Bank USA Inc.) but for convenience and fraudulent

-1-

intent, they have used our name as their name which is totally illegal.

Therefore, we request your court assist us to delete the names of the World Job and Food Bank Inc. (Canada) and its Canadian Directors from this Case.

Thank you for your assistance. You can reach us at:
  Office phone:   (403) 264-0220 ext.11
  Mobil:          (403) 852-5660
  Fax:            (403) 263-3566
  Email:          jedison@wjfb.org

Sincerely,

*[signature]*

World Job and Food Bank Inc. Canada
Per:   Joseph Edison, CEO