**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS HUTCHINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD JOB AND FOOD BANK, INC.,<br>et al.,<br><br>　　　　　Defendants. | Case No.: C 05-2638 PVT<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE; AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

On March 2, 2006, this court entered an order to Defendant World Job and Food Bank, Inc. to show cause why its answer should not be stricken and default entered against it.[1] On April 6, 2006, Defendant through counsel filed a response to the order to show cause, and request for Case Management Conference.  Base on Defendant's filing and the file herein,

　　　　IT IS HEREBY ORDERED that the order to show cause is DISSOLVED.

　　　　IT IS FURTHER ORDERED that the parties shall appear for a Case Management Conference at 2:00 p.m. on June 13, 2006.  The parties shall file a Joint Case Management Conference Statement no later than June 6, 2006.  If this schedule creates a scheduling conflict for any of the parties' counsel, they shall immediately notify the court and inform the court what alternate dates are acceptable to the parties.

Dated: *4/7/06*

　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*