UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS HUTCHINS,<br><br>    Plaintiff,<br><br>  v.<br><br>WORLD JOB AND FOOD BANK, INC., et al.,<br><br>    Defendants. | Case No.: C 05-2638 PVT<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO SEEK LEAVE TO AMEND; AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On June 13, 2006, Plaintiff and Defendant World Job and Food Bank, Inc. filed a Joint Case Management Conference Statement.[1] Based on said statement, and the file herein,

IT IS HEREBY ORDERED that the Case Management Conference is continued to September 12, 2006, at 2:00 p.m., to allow Plaintiff time to seek leave–or obtain WJFB's written consent–to amend his complaint to name as a defendant Joseph F. Edison and/or any other additional Defendants, and assuming such leave or consent is granted, to serve the amended complaint.[2] If WJFB declines to consent to Plaintiff amending his complaint, any motion for leave

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, once a responsive pleading has been served, a party may amend his pleading only by leave of court or by written consent of the adverse party.

ORDER, *page 1*

1  to amend the complaint shall be served and filed no later than June 27, 2006, for hearing no later
2  than August 1, 2006.
3       IT IS FURTHER ORDERED that the parties shall file an updated Joint Case Management
4  Conference Statement no later than September 5, 2006.
5  Dated: *6/15/06*

                           PATRICIA V. TRUMBULL
                           United States Magistrate Judge

**United States District Court**
For the Northern District of California

ORDER, *page 2*