UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS HUTCHINS,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD JOB AND FOOD BANK, INC., et al.,<br><br>    Defendants. | Case No.: C 05-2638 PVT<br><br>**ORDER CORRECTING REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

On September 12, 2006, Plaintiff and Defendant World Job and Food Bank, Inc. ("WJFB") appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. In the Initial Case Management Conference Order, the court specifically referred the case to Magistrate Judge Howard R. Lloyd for a settlement conference, subject only to the parties obtaining instead a date on the calendar of either Magistrate Judge Maria-Elena James or Chief Magistrate Judge James Larson for the settlement conference. The court set September 29, 2006 as the deadline for the parties to seek permission of either Judge James or Judge Larson to schedule the settlement conference on one of their calendars. It has now come to the court's attention that the case was inadvertently docketed as being referred to Magistrate Judge Chen. Based on the discussions at the Case Management Conference and the file herein,

IT IS HEREBY ORDERED that the erroneous docket referral to Judge Chen is

1  VACATED.

2   IT IS FURTHER ORDERED that the referral of this matter to Magistrate Howard R. Lloyd remains in effect.  If they have not already done so, the parties shall promptly obtain a date on Judge Lloyd's calendar for the settlement conference.

 IT IS FURTHER ORDERED that counsel for Defendant WJFB shall promptly sign up for the courts electronic filing system in connection with this case.  *See* General Order 45.  The court will fax a courtesy copy of this order to said counsel this one time only.

Dated: *11/13/06*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge