UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS HUTCHINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD JOB AND FOOD BANK, INC.,<br>et al.,<br><br>　　　　　Defendants. | Case No.: C 05-2638 PVT<br><br>**FURTHER CASE MANAGEMENT<br>CONFERENCE ORDER** |

On January 9, 2007, Plaintiff and Defendant World Job and Food Bank, Inc. ("WJFB") appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the parties shall promptly make arrangements for a settlement conference with Magistrate Judge Howard Lloyd to be held before February 13, 2007.

IT IS FURTHER ORDERED that the Case Management Conference is continued to 2:00 p.m. on February 13, 2007 for setting the remaining trial and pretrial dates. No later than February 6, 2007, the parties shall file a supplemental Case Management Conference statement.

Dated: *1/9/07*

　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*