UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS HUTCHINS,<br><br>            Plaintiff,<br><br>    v.<br><br>WORLD JOB AND FOOD BANK, INC., et al.,<br><br>            Defendants. | Case No.: C 05-2638 PVT<br><br>**ORDER DISMISSING CASE AS TO DEFENDANT KHAYYAM ONLY WITHOUT PREJUDICE** |

On September 13, 2006, this court issued an Initial Case Management Conference Order in which it directed Plaintiff to inform the court within sixty days after entry of the order if he intended to serve the summons and complaint on Defendant Andre Khayyam. The court notified Plaintiff that, absent such notice, the court would dismiss this action without prejudice as to Defendant Khayyam. No such notice was ever filed by Plaintiff. Therefore,

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice as to Defendant Khayyam only.

Dated: *1/9/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*