**\*E-FILED ON 2/14/07\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS D. HUTCHINS,<br><br>    Plaintiff,<br>  v.<br><br>WORLD JOB AND FOOD BANK, INC., BLP WINDSOR HOLDING, S.A., WILHELM LOEBBERT, SIGBERT HAUSCHILD, RAINER FISCHBACH, JEFFREY GAAL, ANDRE KHAYYAM and DOES 1-25, inclusive,<br><br>    Defendants.<br>                                              / | No. C05-02638 PVT<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

    This matter having been referred to the undersigned for a settlement conference, a conference was set for February 15, 2007.  Today defendant World Job and Food Bank advised that, due to a scheduling error, its representative, Erle Bergh, would be unable to attend the conference.  However, defense counsel represents that he and his client are available to attend a conference on March 1, 2007.  The court is informed that plaintiff and his counsel are also available on that date.  Accordingly, the settlement conference is continued to **March 1, 2007, 9:30 a.m.**  <u>This court requires that lead trial counsel and all person(s) having full authority to negotiate and settle the case appear in person at the conference.</u>  IT IS SO ORDERED.

Dated: February 14, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-2638 Notice will be electronically mailed to**:

William M. Balin wmbalin@yahoo.com

Jeffrey A. Leon jleon@leonandleon.com, leonandleon@leonandleon.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.