UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS HUTCHINS,<br><br>             Plaintiff,<br><br>     v.<br><br>WORLD JOB AND FOOD BANK, INC., et al.,<br><br>             Defendants. | Case No.: C 05-2638 PVT<br><br>**FURTHER CASE MANAGEMENT CONFERENCE ORDER** |

On March 13, 2007, Plaintiff and Defendant World Job and Food Bank, Inc. ("WJFB") appeared before Magistrate Judge Patricia V. Trumbull for a further Case Management Conference. Based on the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

Plaintiff's Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . . . 8/31/07

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9/21/07

Defendant's Designation of Rebuttal Experts with Reports. . . . . . . . . . . . . . . . . . 9/21/07

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10/12/07

Last Day for Dispositive Motion Hearing . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 10/16/07

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 11/13/07

```
 1        Court¹ Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 12/3/07
 2        IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for
 3   Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (rev.
 4   1/5/06), a copy of which is available from the clerk of the court,² with regard to the timing and
 5   content of the Joint Pretrial Statement, and all other pretrial submissions..
 6   Dated: 3/13/07
 7                                                    PATRICIA V. TRUMBULL
                                                      United States Magistrate Judge
```

---

[1]  At the Case Management Conference, Defense counsel indicated he wished to reserve the right to demand a jury trial. From the docket and the documents on file herein, it appears neither party ever made a timely jury demand pursuant to Federal Rules of Civil Procedure 38(b), and thus the right to a jury trial was waived. *See* FED.R.CIV.PRO. 38(d). Any party who wishes to seek relief from the failure to demand a jury trial shall promptly file a motion under Rule 39(b) showing cause beyond mere inadvertence. *See Pacific Fisheries Corp. v. HIH Casualty & General Ins. Ltd.*, 239 F.3d 1000 (9th Cir. 2001) ("An untimely request for a jury trial must be denied unless some cause beyond mere inadvertence is shown.").

[2]  A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."