UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS D. HUTCHINS, <br><br> Plaintiff, <br><br> v. <br><br> WORLD JOB & FOOD BANK, INC., BLP WINDSOR HOLDING, S.A., WILHELM LOEBBERT, RAINIER FISCHBACH, JEFFREY GAAL, ANDRE KHAYYAM and DOES 1-25, et al., <br><br> Defendants. | Case No.: C 05-2638 PVT <br><br> **ORDER TO SHOW CAUSE** |

On August 13, 2007, the court granted a motion by counsel, William M. Balin and his firm, Balin & Kotler, LLP, to withdraw as counsel for defendant World Job & Food Bank, Inc. ("WJFB"). Within 30 days of the date of this order, defendant WJFB shall appear with newly engaged counsel or show cause why default should not be entered against it.

IT IS SO ORDERED.

Dated: *August 13, 2007*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

| | |
|---|---|
| 1 | |
| 2 | *Counsel automatically notified of this filing via the court's Electronic Case Filing system.* |
| 3 | |
| 4 | <u>copies mailed on                    to:</u> |
| 5 | |
| 6 | |
| 7 | |
| 8 |                                         _____<br>CORINNE LEW<br>Courtroom Deputy |
| 9 | |
| 10 | |
| ... | |
| 28 | |

ORDER, *page 2*